# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| BRIAN ROBERT BLAZER d/b/a CARPENTER BEE SOLUTIONS, <br><br> Plaintiff, <br><br> v. <br><br> EBAY INC., <br><br> Defendant. | Civil Action No. 1:15-cv-01059-KOB |

## MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF DEFENDANT EBAY INC.

COMES NOW, Defendant, eBay Inc. ("eBay"), and pursuant to Rule 56 of the Federal Rules of Civil Procedure, files this Motion for Summary Judgment against the claims of the Plaintiff in this lawsuit. As grounds in support hereof, eBay avers as follows:

1. There are no disputed issues of material fact and a judgment as a matter of law should be entered in favor of eBay and against each of the Plaintiff on each of the claims and Counts in the Complaint.

2. This Motion is supported by a Memorandum of Law in Support of eBay's Motion for Summary Judgment of Non-Infringement and eBay's

Evidentiary Submission containing the Declarations of Amber Leavitt, Larry Smith, and Justin MacLean, and the exhibits thereto, all of which are being filed contemporaneously with this Motion.

*Respectfully submitted,*

/s/ Daniel J. Burnick
Daniel J. Burnick
Attorney for Defendant, eBay Inc.

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Birmingham, AL 35205
Tel: (205) 930-5192
dburnick@sirote.com

/s/ Joshua L. Raskin
Joshua L. Raskin (*pro hac vice*)
Justin A. MacLean (*pro hac vice*)
Attorneys for Defendant, eBay Inc.

**OF COUNSEL:**

GREENBERG TRAURIG, LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 801-9200
raskinj@gtlaw.com
macleanj@gtlaw.com

/s/ Ian C. Ballon
Ian C. Ballon (*pro hac vice*)
Attorney for Defendant, eBay Inc.

**OF COUNSEL:**

GREENBERG TRAURIG, LLP
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
Tel: (650) 328-8500
ballon@gtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Steven M. Brom – sbrom@bachusbrom.com
    Bachus & Brom, LLC
    4908 Cahaba River Rd
    Suite 100
    Birmingham, AL 35243-3278

    Joseph J. Gleason - joe@gleason.legal
    Gleason Law LLC
    780 Morosgo Drive #14084
    Atlanta, GA 30324-9998

                             /s/ Daniel J. Burnick
                             OF COUNSEL